**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-352

**Effective Date of Registration:**
March 25, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Lobster

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 30, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Lucy Munro
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Lucy Munro
6 Betjeman Way, Hemel Hempstead, Hertfordshire, HP13HH, United Kingdom

## Certification

**Name:** Daniel Lachman
**Date:** March 25, 2025



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-437-956

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
March 18, 2025

---

**Title**

Title of Work: Lucy Munro Model I

**Completion/Publication**

Year of Completion: 2024
Date of 1st Publication: June 19, 2024
Nation of 1st Publication: United Kingdom

**Author**

- Author: Lucy Munro
  Author Created: photograph
  Citizen of: United Kingdom

**Copyright Claimant**

Copyright Claimant: Lucy Munro
6 Betjeman Way, Hemel Hempstead, Hertfordshire, HP1 3HH, United Kingdom

**Certification**

Name: Daniel Lachman
Date: October 31, 2024

Page 1 of 1

Case 1:25-cv-08809 Document 1-1 Filed 05/30/25 Page 5 of 9 PageID #:17



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-431-940

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
February 10, 2025

---

### Title

| | |
|---|---|
| **Title of Work:** | Lucy Munro Model 3 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | October 08, 2023 |
| **Nation of 1st Publication:** | United Kingdom |

### Author

| | |
|---|---|
| **Author:** | Lucy Munro |
| **Author Created:** | photograph |
| **Citizen of:** | United Kingdom |

### *Copyright Claimant*

| | |
|---|---|
| **Copyright Claimant:** | Lucy Munro |
| | 6 Betjeman Way, Hemel Hempstead, Hertfordshire, HP1 3HH, United Kingdom |

### Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | October 31, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-431-939

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
February 10, 2025

---

## Title

**Title of Work:** Lucy Munro Model 4

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 08, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Lucy Munro
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Lucy Munro
6 Betjeman Way, Hemel Hempstead, Hertfordshire, HP1 3HH, United Kingdom

## Certification

**Name:** Daniel Lachman
**Date:** October 31, 2024

---

Page 1 of 1

